**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **FRANK NELLOM,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Case No. 2:26-cv-00829-JDW** |
| | : | |
| **JOSHUA SHAPIRO,** *et al.,* | : | |
| **Defendants.** | : | |

### ORDER

AND NOW, this 6th day of March, 2026, upon consideration of Plaintiff Frank Nellom's litigation history as set forth in the Court's Memorandum, it is **ORDERED** that, for the reasons stated in the accompanying Memorandum, the Motion To Proceed *In Forma Pauperis* (ECF No. 1) is **GRANTED**.

It is **FURTHER ORDERED** that the Complaint is **DEEMED** filed in this case and is **DISMISSED WITH PREJUDICE IN PART** for lack of subject matter jurisdiction and **WITHOUT PREJUDICE IN PART**. I certify that any appeal that Mr. Nellom takes from this Order is not taken in good faith. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a)(3).

It is **FURTHER ORDERED** that Frank Nellom shall **SHOW CAUSE** on or before March 20, 2026, why I should not enjoin him from filing civil cases in the United States District Court for the Eastern District of Pennsylvania without payment of the filing fee unless, along with his proposed complaint and application to proceed *in forma pauperis*, he submits a certification signed by a licensed attorney that the claims he seeks to present have arguable merit. Mr. Nellom shall title his response "Response To Order To Show

Cause" and shall not exceed 10 pages. If Mr. Nellom fails to respond to this Order, then I will enter a prefiling injunction without further notice.

BY THE COURT:

*/s/ Joshua D. Wolson*

**JOSHUA D. WOLSON, J.**